UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

--------------------------------------- x
STEVEN WEISSMANN, Individually And On : Civil Action No.: 06-CV-03226 (PGS-RJH)
Behalf of All Others Similarly Situated, :
:
Plaintiff, :
:
-against- :
:
PAR PHARMACEUTICAL COMPANIES, :
INC., SCOTT L. TARRIFF, GERALD A. :
MARTINO, and DENNIS J. O'CONNOR. :
:
Defendants. :
:
--------------------------------------- x

[Caption continued on following page.]

**DECLARATION OF DAVID R. BUCHANAN IN SUPPORT OF THE MOTION OF THE PECK GROUP TO CONSOLIDATE ALL SIMILAR CASES; TO BE APPOINTED LEAD PLAINTIFF; AND TO APPROVE PROPOSED LEAD PLAINTIFF'S CHOICE OF COUNSEL**

|  |  |
|---|---|
| DIONE CASTRO, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  v.<br><br>PAR PHARMACEUITICAL COMPANIES, INC., SCOTT TARRIFF, DENNIS J. O'CONNOR, and GERALD A. MARTINO,<br><br>                Defendants. | **Civil Action No.: 06-CV-03446 (PGS-RJH)** |
| ANKUSH PATEL, Individually and on Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  v.<br><br>PAR PHARMACEUITICAL COMPANIES, INC., SCOTT TARRIFF, DENNIS J. O'CONNOR, and GERALD A. MARTINO,<br><br>                Defendant. | **Civil Action No.: 06-CV-03541 (PGS-RJH)** |
| PETER M. PECK, Individually and On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>PAR PHARMACEUITICAL COMPANIES, INC., SCOTT L. TARRIFF, GERALD A. MARTINO, and DENNIS J. O'CONNOR,<br><br>                Defendants. | **Civil Action No.: 06-CV-03866 (JLL-CCC)** |

| | |
|---|---|
| WILLIAM B. PHILLIPS, Individually and on Behalf of All Others Similarly Situated, | : Civil Action No.: 06-CV-03974 (PGS-RJH) |
| Plaintiff, | : |
| vs. | : |
| PAR PHARMACEUITICAL COMPANIES, INC., SCOTT L. TARRIFF, GERALD A. MARTINO, and DENNIS J. O'CONNOR, | : |
| Defendants. | : |

I, DAVID R. BUCHANAN, declare as follows:

1. I am a member in good standing of the New Jersey state bar. I am a Partner of Seeger Weiss LLP, proposed co-lead counsel and liaison counsel for Movant the Peck Group. I submit this declaration in support of the motion filed by the Peck Group to: (1) consolidate all similar cases; (2) be appointed as Lead Plaintiff; and (3) approve its selection of counsel for the class.

2. Attached as exhibits are true and correct copies of the following:

   Exhibit A:   Certifications of Peter M. Peck and Dolores Peck.

   Exhibit B:   Published Notice, dated July 17, 2006, of the first securities class action complaint filed in this matter in the United States District Court for the District of New Jersey, published on Primezone.

   Exhibit C:   Firm Biography of Seeger Weiss LLP.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of September, 2006.

- 4 -

                                      /s/David R. Buchanan
                                      DAVID R. BUCHANAN