# FEDERMAN & SHERWOOD

(AN ASSOCIATION OF ATTORNEYS AND PROFESSIONAL CORPORATIONS)

| | |
|---|---|
| 10205 N. PENNSYLVANIA AVENUE<br>OKLAHOMA CITY, OKLAHOMA 73120<br>405-235-1560<br>FACSIMILE: 405-239-2112 | 2926 MAPLE AVENUE<br>SUITE 200<br>DALLAS, TEXAS 75201<br>214-696-1100<br>FACSIMILE: 214-740-0112 |

REPLY TO:   OKLAHOMA CITY, OK

March 2, 2011

**Via Facsimile: 973-645-2469**

Hon. Esther Salas, U.S.M.J.
United States District Court
50 Walnut Street
Newark, NJ 07102

Re:   *Par Pharmaceutical Securities Litigation*;
06-cv-03226-PGS-ES

Dear Judge Salas:

We are Co-Lead Counsel for Lead Plaintiffs in this action. We write to request that Federman & Sherwood be allowed to participate by telephone in the status conference scheduled before Your Honor on March 15, 2011 at 2:30 p.m.

Co-Lead Counsel Robbins Geller Rudman & Dowd will be appearing in person. William B. Federman and Stuart W. Emmons are the attorneys with Co-Lead Counsel Federman & Sherwood who, along with Co-Lead Counsel Robbins Geller Rudman & Dowd, are primarily responsible for the direction of this action. Both attorneys are scheduled to be on Spring Break vacation with their children during the week of March 15, 2011. However, I can be available to participate by telephone in the subject status conference.

Defendants' counsel does not object to the foregoing accommodation.

Thank you for your consideration of this matter.

So Ordered
*[signed] Esther Salas*
3/4/11

Sincerely,

*[signed] Stuart W Emmons*

Stuart W. Emmons
For the Firm

1

cc:     Frank C. Razanno (via email)
        Joseph J. DePalma (via email)
        Katrina Carroll (via email)
        William B. Federman (via email)
        Joseph Russello (via email)
        Samuel H. Rudman (via email)
        Robert M. Rothman (via email)
        Caroline J. Heller (via email)
        Eric S. Aronson (via email)