<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| **In re PAR PHARMACEUTICAL SECURITIES LITIGATION** | : : : : : : : : : | **Civil Action No.: 06-3226 (ES)** <br><br> <u>**ORDER**</u> |

<u>**SALAS, DISTRICT JUDGE**</u>

  This matter having come before the Court upon request by Lead Plaintiff Louisiana Municipal Employees Retirement System ("Lead Plaintiff" or "LAMPERS"), pursuant to Fed. R. Civ. P. 23(e), for final approval of the Stipulation of Settlement with Defendants Par Pharmaceutical Companies, Inc. ("Par"), Dennis J. O'Connor, and Scott Tarriff (collectively, "Defendants") and approval of the proposed Plan of Allocation for the settlement proceeds, (Motion for Final Approval of Class Action Settlement and For Approval of Plan of Allocation, D.E. No. 316), and upon Lead Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Award to Lead Plaintiff, (Motion for an Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Compensatory Award to Lead Plaintiff, D.E. No. 317), and upon former Co-Lead Counsel Federman & Sherwood's Motion for Attorneys' Fees and Reimbursement of Expenses, (D.E. No. 318), which motion was withdrawn at the fairness hearing, and this Court having held a fairness hearing on July 2, 2013 at 10:30 a.m., and upon careful consideration of the submission of the parties, and based upon the Court's Opinion filed this day;

IT IS on this 29th day of July, 2013;

ORDERED that Lead Plaintiff's request for Final Approval of the Settlement is **GRANTED**; and it is further

ORDERED that Lead Counsel's motion for award of attorneys' fees is **GRANTED**, awarding Lead Counsel $2,430,000, or 30% of the $8.1 million settlement fund, in attorneys' fees and awarding $587,928.43 in reimbursement of expenses; and it is further

ORDERED that Lead Counsel's request for a compensatory award in the amount of $18,000 to LAMPERS is **GRANTED**; and it is further

ORDERED that Lead Plaintiff is hereby awarded the agreed upon $8.1 million to be paid in accordance with the Settlement; and it is further

ORDERED that the Clerk shall terminate D.E. Nos. 316-318; and it is further

ORDERED that the Clerk is hereby directed to close this matter.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**