UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE PAR PHARMACEUTICAL SECURITIES LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | Master File No. 2:06-03226 (ES)(SCM) |

[~~PROPOSED~~] ORDER RE: DISTRIBUTION OF CLASS SETTLEMENT FUND

WHEREAS, by Order and Final Judgment dated July 30, 2013 ("Final Order") this Court approved the terms of the Stipulation of Settlement dated as of December 20, 2012 ("Stipulation"), which included a plan of allocation for distribution of the settlement fund;

WHEREAS this Court has authorized and directed the parties to implement all of the terms and provisions of the Stipulation;

WHEREAS this Court has retained jurisdiction of the above-captioned action ("Action") for the purpose of considering any further application or matter which may arise in connection with the administration and execution of the Settlement, the processing of Proofs of Claim and the distribution of the Net Class Settlement Fund, defined below, to the Authorized Claimants.

NOW, THEREFORE, upon consideration of the Lead Plaintiffs' Motion for an Order for Distribution of the Net Class Settlement Fund ("Motion"), and the Memorandum of Law and Declaration of Anya Verkhovskaya of A.B. Data, Ltd. in Support of Lead Plaintiff's Motion for Distribution of the Net Settlement Fund ("A.B. Data Declaration"), upon all prior proceedings herein and after due deliberation, it is hereby:

ORDERED that Lead Plaintiff's Motion is granted; and it is further

ORDERED that the administrative determinations of A.B. Data, Ltd. ("A.B. Data" or "Claims Administrator"), accepting the claims as indicated in Parts 1 and 2 of Exhibit N to the A.B. Data Affidavit, be and the same hereby are approved, and said claims are hereby accepted; and it is further

1

420655.1

ORDERED that the administrative determinations of the Claims Administrator rejecting the claims as indicated in Part 3 of Exhibit N to the A.B. Data Declaration, be and the same hereby are approved, and said claims are hereby rejected; and it is further

ORDERED that no claim received after April 27, 2014 may be accepted for any reason whatsoever; and it is further

ORDERED that the Claims Administrator be paid the additional sum of $26,407.57 from the Settlement Fund and the interest accrued thereon for the balance of its fees and expenses incurred and to be incurred in connection with the services performed and to be performed in giving Class Notice, preparing tax returns for the Settlement Fund, processing the Proofs of Claim and administering and distributing the balance of the Settlement Fund and interest accrued thereon after deducting the payments previously allowed and set forth herein plus any taxes owed ("Net Class Settlement Fund"); and it is further

ORDERED that, after deduction of the payments requested herein, such as said fees and expenses to A.B. Data, attorneys' fees and expenses, and any taxes owing, the balance of the Net Class Settlement Fund shall be distributed to the eligible claimants listed in Parts 1 and 2 of Exhibit N to the A.B. Data Affidavit in proportion to the Recognized Claim allocated to each such eligible claimant as shown on such printout; and it is further

ORDERED that, no earlier than six (6) months from the date of this Order, any unclaimed, residual balance in the Net Class Settlement Fund that either is remaining because Authorized Claimants have recovered 100% of their losses or is not large enough to make it economically feasible to distribute said unclaimed balance to Authorized Claimants shall be donated to a legal non-profit organization to be proposed by Plaintiff's Lead Counsel and approved by the Court; and it is further

ORDERED that all persons involved in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted herein, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Class Settlement Fund are released and discharged from any and all claims arising out of such involvement, and all members of the

Settlement Class, whether or not they are to receive payment from the Net Class Settlement Fund, are barred from making any further claim against the Net Class Settlement Fund or the released persons beyond the amount allocated to them pursuant to this Order; and it is further

ORDERED that A.B Data is authorized to destroy all paper copies of claims and supporting documentation one (1) year after distribution of the Net Class Settlement Fund and authorized to destroy all electronic copies of claims and supporting documentation three (3) years after distribution of the Net Class Settlement Fund; and it is further

ORDERED that this Court retain jurisdiction over any further application or matter that may arise in connection with this Action.

**SO ORDERED** this 5th day of September, 2014.

_____
Honorable Esther Salas, U.S.D.J.

420655.1